AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| MIDDLE | District of | ALABAMA (Northern Division) |

LILLIAN EDWARDS, as Administratrix of the
Estate of MARVIN MAYS, deceased

V.

TMA Forest Products Group, a subsidiary of
PACTIV; and Louisiana Pacific Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:06 CV 86 -MEF

TO: (Name and address of Defendant)

**TMA FOREST PRODUCTS GROUP**
c/o The Corporation Company
2000 Interstate Park Drive, Ste 204
Montgomery, AL  36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Eason Mitchell
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS  39703-0866

Telephone - 662-327-0903
Facsimile - 662-329-4832

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

| | |
|---|---|
| CLERK | DATE  2/6/06 |

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA (Northern Division) |
|---|---|---|

LILLIAN EDWARDS, as Administratrix of the
Estate of MARVIN MAYS, deceased

**SUMMONS IN A CIVIL ACTION**

V.

TMA Forest Products Group, a subsidiary of
PACTIV; and Louisiana Pacific Corporation

CASE NUMBER: 2: 06 CV 86 - MEF

TO: (Name and address of Defendant)

Louisiana-Pacific Corporation
c/o United States Corporation Company
150 South Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Eason Mitchell
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866

Telephone - 662-327-0903
Facsimile - 662-329-4832

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

| CLERK | DATE 2/6/06 |
|---|---|
| (By) DEPUTY CLERK | |