| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name): S. Slauson<br>C. Date of Delivery: 2-8-06 |
| 1. Article Addressed to:<br><br>TMA Forest Products Group<br>c/o The Corporation Company<br>2000 Interstate Park Drive, Ste. 204<br>Montgomery, AL  36109<br><br>SQC 06-96 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>_ail_  ☐ Express Mail<br>     ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7000 0520 0016 7839 2587 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |