IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LILLIAN EDWARDS, as Administratrix of the Estate of MARVIN MAYS, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:06-CV-86-MHT |
| TMA FOREST PRODUCTS GROUP, et al., | ) ) | |
| Defendants. | ) | |

**CONSENT ORDER ENLARGING TIME
TO RESPOND TO COMPLAINT**

With the express consent and agreement of counsel for Plaintiff, Defendant Pactiv Corporation and Defendant Louisiana-Pacific Corporation; and

It appearing that the period of time within which Defendants may answer, plead, move, or otherwise respond to Plaintiff's Complaint has not yet expired;

IT IS HEREBY ORDERED, in accordance with Rule 6 of the federal Rules of Civil Procedure, that the motion for enlargement of time (Doc. No. 6) is granted and the time within which Defendants may answer, plead, move, or otherwise respond to Plaintiff's Complaint be enlarged through and including March 22, 2006.

This 21st day of February, 2006.

                                                        /s/   Myron H. Thompson
                                     JUDGE, UNITED STATES DISTRICT COURT