IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LILLIAN EDWARDS, as Administratrix of the Estate of MARVIN MAYS, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06-CV-86-WKW ) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Plaintiff's Amended Complaint (Doc. # 8), and pursuant to Federal Rule of Civil Procedure 15(a), it is hereby ORDERED that Defendants shall respond to the Amended Complaint on or before March 22, 2006.

DONE this the 23rd day of February, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE