IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LILLIAN EDWARDS, as Administratrix of the Estate of Marvin Mays, Deceased,<br><br>    PLAINTIFF<br><br>vs.<br><br>TMA FOREST PRODUCTS GROUP, etc., et al.,<br><br>    DEFENDANTS | Case No. 2:06-cv-00086-WKW |

## NOTICE OF APPEARANCE

Come now Dennis R. Bailey and R. Austin Huffaker and enter their appearance as additional counsel for the Defendants in the above-styled action. The undersigned would request that copies of all pleadings, notices, etc., be served upon him.

                                              /s/ Dennis R. Bailey_____
                                              Dennis R. Bailey (4845-I71D)
                                              R. Austin Huffaker
                                              Attorneys for Defendants

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3100 (phone)
(334) 262-6277 (fax)
drb@rsjg.com (Bailey e-mail)
rah2@rsjg.com (Huffaker e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

W. Eason Mitchell

Gregory A. Cade

H. Thomas Wells, Jr.

John A. Earnhardt

        /s/ Dennis R. Bailey_____
        Of counsel