## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **LILLIAN EDWARDS, as Administratix** <br> **of the Estate of MARVIN MAYS, deceased,** ) <br> ) <br> ) | |
| **Plaintiff,** ) | **CASE NO. 2:06-cv-86-WKW-CSC** |
| ) | |
| **vs.** ) | |
| ) | |
| **PACTIV CORPORATION and** ) <br> **LOUISIANA-PACIFIC CORPORATION,** ) <br> ) | |
| **Defendants.** ) | |

## DEFENDANT PACTIV CORPORATION'S RULE 12(B)(6) MOTION TO DISMISS AND RULE 12(E) MOTION FOR A MORE DEFINITE STATEMENT

Defendant Pactiv Corporation ("Pactiv"), by its attorneys and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss the First Amended Complaint for failure to state a claim upon which relief can be granted. In the alternative, if Counts 3, 6, and/or 9 of the First Amended Complaint are not dismissed, Pactiv moves pursuant to Federal Rule of Civil Procedure 12(e) for a more definitive statement of those claims. In support of its motion, Pactiv files herewith a memorandum of law.

Dated: March 22, 2006

By:    **s/ John A. Earnhardt**
       H. Thomas Wells, Jr.
       Alabama Bar No. WEL004
       twells@maynarcooper.com
       John A. Earnhardt
       Alabama Bar No. EAR006
       jearnhardt@maynardcooper.com
       **Counsel for Pactiv Corporation**

**OF COUNSEL:**
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Tel: (205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2006, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the

following:

*Counsel for Defendant Louisiana-Pacific Corporation:*
Dennis R. Bailey, Esq.
R. Austin Huffaker, Esq.
RUSHTON, STAKELY, JOHNSON, & GARRETT, P.A.
184 Commerce Street
Montgomery, AL 36104
drb@rsjg.com
rah2@rsjg.com

*Attorneys for Plaintiffs*:
W. Eason Mitchell                          Gregory A. Cade
The Colom Law Firm, LLC            Environmental Litigation Group
Post Office Box 866                        3529 Seventh Avenue South
Columbus, MS 39703-0866            Birmingham, AL 35222
emitchell@colom.com                     gregc@elglaw.com

s/ John A. Earnhardt
OF COUNSEL

01313569.1