IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LILLIAN EDWARDS, as Administratrix of the Estate of MARVIN MAYS, deceased,<br><br>　　　Plaintiff,<br><br>v.<br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:06-CV-86-WKW<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER</u>**

It is ORDERED that Plaintiff's Unopposed Motion for Extension of Time (Doc. # 20) is GRANTED. The date for responding to Defendants' Motion to Dismiss is extended from April 14, 2006, to April 24, 2006.

DONE this the 14th day of April, 2006.

　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE