State of Alabama
County of Covington

## AFFIDAVIT

*L.E.*

My name is Lillian Edwards and I reside at 21277 Chickasaw Street, Lockhart, AL 36455. I am familiar with the residence of Marvin Mays for most of his lifetime. Marvin Mays was born on July 6, 1940, and died of metastatic multiple myeloma on June 21, 2003. Marvin Mays lived in Lockhart, Alabama, at 9 Chickasaw Street from 1986 until the approximate date of his death. This residence is approximately 500 yards from the Louisiana-Pacific wood treatment facility.

I had no reason to know and Marvin Mays did not know or suspect that his disease, illness and death was caused by exposure to chemicals released from Louisiana-Pacific facility. Neither I nor Marvin Mays knew that the chemicals which were released into the environment from the Louisiana-Pacific facility caused or promote cancer.

Page 1 of 2

  To my knowledge Marvin Mays was not exposed as an employee of Louisiana-Pacific. It is now my belief that Marvin Mays' disease and death were caused by exposure to chemicals which were released into the environment by Louisiana-Pacific facility.

          *Lillie Edwards*
         de LILLIAN EDWARDS
           e

  Sworn to and subscribed before me this __10__ day of __April__, 2006.

          *Wendy W Allen*
          NOTARY PUBLIC

My Commission Expires: 9-13-08

45337.wpd