IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LILLIAN EDWARDS, as Administratrix of the Estate of MARVIN MAYS, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:06-CV-86-WKW<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

It is ORDERED that the defendants shall show cause **on or before May 17, 2006**, why the following motions filed by the plaintiff should not be granted:

1.  Motion to Consolidate (Doc. # 22);

2.  Motion to Allow Amended Complaint (Doc. # 24).

DONE this the 27th day of April, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE