IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LILLIAN EDWARDS, as Administratrix of the Estate of MARVIN MAYS, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06-CV-86-WKW ) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that a status conference is scheduled for May 23, 2006, at 4:00 p.m, in Courtroom E-200, United States Courthouse, One Church Street, Montgomery, Alabama.

Done this the 12th day of May, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE