## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

LILLIAN EDWARDS, as       |
Administratrix of the Estate of   |
Marvin Mays, Deceased,     |
     |
    PLAINTIFF      |
     |
vs.          |    Case No. 2:06-cv-00086-WKW-SRW
     |
TMA FOREST PRODUCTS   |
GROUP, etc., et al.,      |
     |
    DEFENDANTS    |

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now the Defendant, Louisiana-Pacific Corporation, by and through counsel, Dennis R. Bailey, Esquire, and asserts the following in support of this Motion for Admission *Pro Hac Vice*.

In this action, counsel of record for this Defendant is Dennis R. Bailey, Esquire.

This Defendant desires to have Orlyn O. Lockard, III, Douglas Sheppard Arnold, and Bernard Taylor, Sr., of Alston & Bird, LLP, One Atlantic Center, 1201 West Peachtree Street, Atlanta, Georgia, 30309-3424, assist Dennis R. Bailey, Esquire, in the defense of its interests in this matter. They are familiar with the relevant facts and circumstances involved in these proceedings and will be

actively associated with Rushton, Stakely, Johnston & Garrett as counsel in this matter.

Orlyn O. Lockard, III, and Bernard Taylor, Sr. are members in good standing and are admitted to practice in the Supreme Court of Georgia and Douglas Sheppard Arnold is a member in good standing and is admitted to practice in the United States District Court for the Northern District of Georgia.  Their respective Certificates of Good Standing are attached hereto as Exhibits A, B, and C, respectively.

Messrs. Lockard, Taylor and Arnold are not and have not been under any order of disbarment, suspension or other discipline.

Messrs. Lockard, Taylor and Arnold represent and warrant that they will comply with all rules of the state of Alabama and this Honorable Court in and throughout their *Pro Hac Vice* admission in this action.

WHEREFORE, Defendant Louisiana-Pacific Corporation respectfully requests that this Honorable Court enter an Order granting this Motion for Admission *Pro Hac Vice*.

Respectfully submitted this 18th day of May, 2006.


/s/ Dennis R. Bailey
Dennis R. Bailey (4845-I71D)
R. Austin Huffaker
Attorneys for Defendants

2

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3100 (phone)
(334) 262-6277 (fax)
drb@rsjg.com (Bailey e-mail)
rah2@rsjg.com (Huffaker e-mail)


## CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

W. Eason Mitchell

Gregory A. Cade

H. Thomas Wells, Jr.

John A. Earnhardt

Fred R. DeLeon

W. Lee Gresham, III

E. Bryan Nichols


/s/ Dennis R. Bailey
Of counsel