

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**          }
                                                  } ss.
**NORTHERN DISTRICT OF GEORGIA**     }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **DOUGLAS SHEPPARD ARNOLD, 23208,** was duly admitted to practice in said Court on July 25, 1994 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 4th day of May, 2006.

                                                          LUTHER D. THOMAS
                                                          CLERK OF COURT

By: _Eugene T. Thornton_
      Eugene T. Thornton
      Deputy Clerk

