

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**      }
                                                   } ss.
**NORTHERN DISTRICT OF GEORGIA**      }

      I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY** that **ORLYN O. LOCKARD, III, State Bar No. 455377,** was duly admitted to practice in said Court on April 30, 2001, and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 10th day of January, 2006.

                                            LUTHER D. THOMAS
                                            CLERK OF COURT

                                By: _____
                                            Luis Perez
                                            Deputy Clerk

