IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LILLIAN EDWARDS, as Administratrix of the Estate of Marvin Mays, Deceased,** | |
| **PLAINTIFF** | |
| vs. | Case No. 2:06-cv-00086-WKW-SRW |
| **TMA FOREST PRODUCTS GROUP, etc., et al.,** | |
| **DEFENDANTS** | |

## NOTICE OF APPEARANCE

Laura Proctor, Esq. hereby enters her appearance as additional counsel for Defendant Louisiana-Pacific Corporation in the above-styled action. The undersigned requests that full copies of all pleadings, motions, notices, etc. be served upon her.

Respectfully submitted this 23rd day of May, 2006.

        **/s/** Laura Proctor
        Laura Proctor
        Alabama Bar No. ASB-1504-R54L

        Associate General Counsel, Louisiana-Pacific
          Corporation

Louisiana-Pacific Corporation
414 Union Street North, Suite 2000
Nashville, Tennessee  37219

OF COUNSEL:

Dennis R. Bailey
R. Austin Huffaker
Rushton, Stakely, Johnson & Garrett, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
Tel:  (334) 206-3100
Fax:  (334) 262-6277
drb@rsjg.com (Bailey)
rah2@rsjg.com (Huffaker)

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2006, I filed the foregoing via the CM/ECF system which will send notice of said filing to the following:

W. Eason Mitchell

Gregory A. Cade

Fred R. DeLeon

W. Lee Gresham, III

H. Thomas Wells, Jr.

John A. Earnhardt

E. Bryan Nichols


/s/ Laura Proctor
Of Counsel