IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LILLIAN EDWARDS, as Administratrix of the Estate of MARVIN MAYS, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06-CV-86-WKW ) |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion for Orlyn O. Lockard, III, Douglas Sheppard Arnold, and Bernard Taylor, Sr. to Appear Pro Hac Vice (Doc. # 36) filed on May 18, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 23rd day of May, 2006.

          /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE