IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LILLIAN EDWARDS, as Administratrix of the Estate of MARVIN MAYS, deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:06-CV-86-WKW |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion for Scheduling and Planning Conference (Doc. # 29), it is ORDERED that:

1. Plaintiff has until 5:00 p.m. on Friday, May 26, 2006, to file the names of not more than ten parties[1] or witnesses whom plaintiff seeks expedited discovery for the purpose of preservation of their testimony by deposition due to illness;

2. Defendants have until 5:00 p.m. on Friday, June 2, 2006, to file objections;

3. The parties will consult as to the timing of the depositions;

4. For each deponent identified, plaintiff will provide to defendants an executed medical release by June 7, 2006;

5. For each deponent identified, plaintiff will identify to defendants all treating physicians and other medical providers, including but not limited to hospitals and

---

[1] Plaintiff is permitted to identify persons who are parties or witnesses in any of the following cases: 06-83, 06-84, 06-85, 06-86, 06-186, 06-187, 06-188, 06-189, 06-190, 06-191.

clinics, and relevant contact information, including address, and telephone number, by June 7, 2006;

6. For each deponent identified, Plaintiff will provide any other employment-related documents within his or her possession or control by June 7, 2006.

DONE this the 25th day of May, 2006.

                                          /s/  W.  Keith Watkins
                                    UNITED STATES DISTRICT JUDGE