IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LILLIAN EDWARDS, as Administratrix of the Estate of MARVIN MAYS, deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 2:06cv86-WKW<br>) |
| PACTIV CORPORATION, et al, | )<br>) |
| Defendants. | ) |

**ORDER**

Upon consideration of the defendants' joint motion to compel production of prior witness statements (doc. # 52), it is

ORDERED that on or before July 7, 2006, the opposing party shall show cause why the motion should not be granted. It is further

ORDERED that this matter be and is hereby SET for oral argument on July 10, 2006, at 3:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 29th day of June, 2006.

                    /s/Charles S. Coody
              CHARLES S. COODY
              CHIEF UNITED STATES MAGISTRATE JUDGE