IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LILLIAN EDWARDS, as Administratrix of the Estate of MARVIN MAYS, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )   CIVIL ACTION NO.  2:06cv86-WKW ) |
| PACTIV CORPORATION, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the plaintiff's motion to send disputed material to Magistrate Judge for an *in camera* inspection (doc. # 54).  For good cause, it is

ORDERED that on or before July 7, 2006, counsel shall deliver to the chambers of the undersigned for *in camera* inspection all prior videotaped statements by the non-party or party witnesses subject to the court's scheduling order as to which the plaintiff claims are protected from disclosure by the work product doctrine or other reason.

Done this 5th day of July, 2006.


       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE