**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

**LILLIAN EDWARDS, Administratrix of**
**the Estate of MARVIN MAYS, Deceased,**                                **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO. 2:06CV86-WKW**

**PACTIV CORPORATION and**
**LOUISIANA-PACIFIC CORPORATION,**                             **DEFENDANTS**

**NOTICE OF FILING AFFIDAVIT**

Comes now the Plaintiff and gives notice of filing the Affidavit of W.

Eason Mitchell in the above-styled and numbered action.

Respectfully submitted this 6th day of July, 2006.

                                 /s/ W. Eason Mitchell
                                W. EASON MITCHELL (MIT020)
                                The Colom Law Firm, LLC
                                Post Office Box 866
                                Columbus, MS 39703-0866
                                Telephone: 662-327-0903
                                Facsimile: 662-329-4832

## CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on July 6, 2006, I electronically filed the foregoing *Notice of Filing Affidavit* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Douglas Sheppard Arnold, Esq.
Dennis R. Bailey, Esq.
John C. Berghoff, Jr., Esq.
John A. Earnhardt, Esq.
R. Austin Huffaker, Jr., Esq.
Orlyn O. Lockard, III, Esq.
Edwin Bryan Nichols, Esq.
Laura Ellison Proctor, Esq.
Erin O'Kane Scott, Esq.
Matthew C. Sostrin, Esq.
Mark R. Ter Molen, Esq.
H. Thomas Wells, Jr., Esq.
Bernard Taylor, Sr., Esq.

This 6th day of July, 2006.

/s/ W. Eason Mitchell
W. Eason Mitchell