IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LILLIAN EDWARDS, as Administratrix of the Estate of MARVIN MAYS, deceased, | ) ) ) ) | |
| PLAINTIFF, | ) ) | |
| VS. | ) ) | CASE NO: 2:06-cv-86-WKW-CSC |
| PACTIV CORPORATION and LOUISIANA-PACIFIC CORPORATION, | ) ) ) | |
| DEFENDANTS. | ) | |

## MOTION TO WITHDRAW

Comes now Attorney Erin O Kane Scott of The Powell Law Firm, P.C. and moves this Honorable Court to allow her to withdraw as counsel for Defendant, Louisiana-Pacific Corporation, and as grounds therefor sets down and assigns the following:

1. The Defendant, Louisiana Pacific, is represented by Alston & Byrd, L.L.P., attorneys of Atlanta, Georgia, and additional representation by Erin O Kane Scott and The Powell Law Firm, P.C. is an unnecessary duplication of services.

Respectfully submitted this the 28th day of July, 2006.

THE POWELL LAW FIRM, P.C.


By:   /s/   Erin O Kane Scott
     Erin O Kane Scott (SCO041)
     Post Office Drawer 969
     Andalusia, Alabama 36420
     334/222-4103
     Attorney for Defendant, Louisiana-Pacific
        Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of July 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons**:**

Douglas Sheppard Arnold doug.arnold@alston.com, marion.cannon@alston.com

Dennis R. Bailey drb@rsjg.com, pk@rsjg.com

John C. Berghoff , Jr jberghoff@mayerbrownrowe.com

Gregory Andrews Cade gregc@elglaw.com

Fred R. DeLeon , Jr frd@elglaw.com, frdeleonjr@aol.com

John Aaron Earnhardt jearnhardt@mcglaw.com

W. Lee Gresham , III wlg@elglaw.com, kime@elglaw.com

R. Austin Huffaker , Jr rah2@rsjg.com, 989@rsjg.com

Orlyn O. Lockard , III &nbs! p slockard@alston.com

William Eason Mitchell emitchell@colom.com, kwinter@colom.com

Edwin Bryan Nichols bnichols@maynardcooper.com, bnick20@mindspring.com

Robert Leslie Palmer Bob@elglaw.com, Amelia@elglaw.com

Laura Ellison Proctor laura.proctor@lpcorp.com

Matthew C. Sostrin msostrin@mayerbrownrowe.com, courtnotification@mayerbrownrowe.com

Bernard Taylor , Sr bernard.taylor@alston.com, dianne.hall@alston.com

Mark R. Ter Molen ! mtermolen@mayerbrownrowe.com

H. Thomas Wells ! , Jr twells@mcglaw.com

                                                      /s/ Erin O Kane Scott
                                                    Of Counsel