IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LILLIAN EDWARDS, as Administratrix of the Estate of MARVIN MAYS, deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 2:06cv86-LES<br>) |
| PACTIV CORPORATION, et al, | )<br>) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the plaintiff's motion for a scheduling and planning conference filed on May 10, 2006 (doc. # 29). Upon consideration of the motion, it is

ORDERED that the motion for a scheduling and planning conference (doc. # 29) be and is hereby DENIED as moot.

Done this 7th day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE