**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

December 27, 2006

# NOTICE OF CORRECTION

To:  ALL COUNSEL OF RECORD
From: CLERK'S OFFICE

**Case Style: Lillian Edwards vs. Pactive Corporation**
**Case Number:  2:06CV86-LES (Doc.# 71 & 72)**

**Case Style: Janice Madden vs. Pactiv Corporation**
**Case Number: 2:06cv186-LES (Doc.# 72&73)**

**Case Style: Sherri L. Davis vs. Pactiv Corporation, et al**
**Case Number: 2:06cv187-LES (Doc.# 72&73)**

**Case Style: Debra Harrison vs. Pactiv Corporation, et al**
**Case Number: 2:06cv757-LES (Doc.# 6, 7, 8)**

**The referenced pleadings were electronically filed on \*\*\*December 22, 2006\*\*\* in the cases referenced above and hereby STRICKEN from the record as erroneous filings. The consolidation order entered in each of these cases on 10/19/06 specifically directs that all pleadings should be filed only in case number 2:06cv83-LES, which is the lead case.**